UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABDUL REHMAN FARRUKH,

   Plaintiff,                        Case No:  8:20-cv-00073

v.

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

   Defendant,
_____/

## MEDIATOR'S NOTICE TO COURT DECLINING COURT-APPOINTED MEDIATION

Comes now, Gregory P. Holder, with the firm of Zinober Diana & Monteverde, P.A. and the duly-appointed mediator in this matter pursuant to the Court's January 27, 2021, Order referring this case to mediation [Doc 53], hereby notifies this Court that he must decline to mediate this matter because of the conflict of interest.

                                         Respectfully submitted,

                                         /s/ *Gregory P. Holder*
                                         Gregory P. Holder, Esq.
                                         Florida Bar No.
                                         339326 Mediator
                                         610 W. Horatio St.
                                         Tampa, Florida 33606
                                         (813) 773-5106    Fax: (727) 498-8902
                                         email: greg@zinoberdiana.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that February 5, 2021, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq.
